```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :         22cr542(DLC)
              -v-                     :
                                      :            ORDER
FRANKIE CENTENO,                      :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial conference in this matter scheduled for 1:00 PM on October 21 is moved to 1:30 PM on the same date.

SO ORDERED:

Dated:   New York, New York
         October 20, 2022

                                          _____
                                               DENISE COTE
                                        United States District Judge