```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      22cr542(DLC)
            -v-                          :
                                         :         ORDER
FRANKIE CENTENO,                         :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated in the Government's February 3, 2023 Memorandum of Law, it is hereby

ORDERED that the defendant's December 16, 2022 motion to dismiss the indictment is denied.

SO ORDERED:

Dated:   New York, New York
         February 6, 2023

                                    _____
                                              DENISE COTE
                                       United States District Judge