```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :   22cr542(DLC)
            -v-                       :
                                      :   ORDER
                                      :
FRANKIE CENTENO,                      :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    Having been informed that the defendant is in quarantine through February 24, it is hereby

    ORDERED that the change of plea scheduled for February 23 is adjourned to February 28, 2023 at 2:30 PM in Courtroom 18B.

    SO ORDERED:

Dated:    New York, New York
           February 21, 2023

                                              _____
                                                  DENISE COTE
                                         United States District Judge