```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :      22cr542(DLC)
                                     :
     -v-                             :      ORDER
                                     :
FRANKIE CENTENO,                     :
                                     :
               Defendant.            :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the final pretrial conference is moved from March 1 to **March 3, 2023 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           February 22, 2023

                                          _____
                                             DENISE COTE
                                      United States District Judge